1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7
8
9   RONALD MOORE,                                    Case No.  1:15-cv-00211---SKO

10                          Plaintiff,               **ORDER EXTENDING THE TIME FOR
                                                     DEFENDANT KEARNEYS' RENTALS,
11          v.                                       LLC, TO RESPOND TO THE
                                                     COMPLAINT**
12
    EL TORO PARTNERS, INC., d/b/a EL TORO            (Doc. 12)
13  CAFÉ; KEARNEYS' RENTALS, LLC,

14                          Defendants.
    _____/
15
16
17          The  Complaint  was  filed  on  February 7,  2015,  and  served  on  Defendant  Kearneys'

18  Rentals, LLC ("Defendant") on February 28, 2015, with an answer due on March 23, 2015.  (*See*

19  Docs. 1; 6.)   Plaintiff Ronald Moore and Defendant stipulated to an extension of time for

20  Defendant to respond to the Complaint.  (Doc. 11.)  This is Defendant's first extension of time, it

21  does not alter the date of any event or any deadline already fixed by Court order, and it does not

22  exceed twenty-eight (28) days.  (Doc. 11.)

23          The Court has reviewed the parties' stipulation and, good cause appearing, Defendant shall

24  have up to and including April 20, 2015, to answer or otherwise respond to the Complaint.

25
26  IT IS SO ORDERED.

27      Dated:   __**April 3, 2015**__              _____**/s/ Sheila K. Oberto**_____
                                                    UNITED STATES MAGISTRATE JUDGE
28